NOT FOR PUBLICATION                                                                         CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DESMOND WITHERSPOON, <br><br> Plaintiff, <br> v. <br><br> SIETAI CLUB, <br><br> Defendant. | Civil Action No. 15-0354 (SRC) <br><br> **OPINION** |

**CHESLER**, District Judge

     This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915. The Court finds that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed. The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient. 28 U.S.C. § 1915(e)(2). Here, Plaintiff demands "5 yr. gym membership" from Setai Club in New York for a cause of action, "Violation of RCW 19.86093." No further information is provided. As such, Plaintiff has failed to state a basis for federal subject matter jurisdiction, and has failed to state a facially plausible claim for relief. For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits. An appropriate Order will be filed.

                                                               s/Stanley R. Chesler  
                                                               STANLEY R. CHESLER  
                                                               United States District Judge

Dated: January 21, 2015